IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-20774-CMB |
| | : | |
| AARON C. STEVENS | : | Chapter 07 |
| | : | |
| *Debtor* | : | |
| | : | |

### Verification

I, Kevin Wooten, a duly licensed real estate agent with RE/MAX Clarity, hereby states that neither I nor any member of RE/MAX Clarity hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14).

I am familiar with the Application to retain RE/MAX Clarity filed by the Trustee ("Application") and the property described therein.

RE/MAX Clarity has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure proposed to be paid to RE/MAX Clarity does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.

To the best of my information and belief, neither I nor the other members of RE/MAX Clarity have any connection with the Debtor, its creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee.

I represent no interest adverse to the Debtor or its estate in the matters upon which I am to be engaged.

Verified under penalty of perjury that the foregoing is true and correct.

*Kevin Wooten*  06/02/2020 04:59 PM EDT
Kevin Wooten
RE/MAX Clarity
3520 Teays Valley Road, Ste 3
Hurricane, WV 25526
Phone: 304.767.3434
Email: KevinWooten@remax.net

**EXHIBIT C**